UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COLIN FAHY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICIA VINEYARD, et al, )<br>)<br>Defendants. ) | Case No. 4:08CV1889MLM |

## ORDER

This matter is before the court on Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defenses [Doc. 44], Plaintiff's Motion to Deem Admitted Plaintiff's Requests for Admissions Directed to Defendant Board of Police Commissioners [Doc. 49] and Plaintiff's Motion to Deem Dr. Naunheim a Treating Physician for Disclosure and Discovery Purposes, and Plaintiff's Alternative Motion to Allow Disclosure of Expert Opinions Out of Time [Doc. 54]. The court finds that a hearing on these three Motions would assist the court.

Accordingly,

**IT IS HEREBY ORDERED** that there shall be a hearing on the above-named Motions on **August 13, 2010** at **10:00 A.M.**

**IT IS FURTHER ORDERED** that if the parties have resolved any of the matters at issue in these Motions, they shall notify the court by **August 10, 2010** which issues have been resolved.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   22nd   day of  July, 2010.

Case 4:08-cv-01889-MLM   Document 55   Filed 07/22/10   Page 2 of 2